# UNITED STATES DISTRICT COURT

# DISTRICT OF MAINE

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>)<br>)<br>v. )<br>)<br>HOWARD KELLY, )<br>)<br>DEFENDANT | CRIMINAL NO. 07-123-P-H |

## ORDER ON DEFENDANT'S EX PARTE APPLICATION FOR COURT TO SET A PAYMENT SCHEDULE

The defendant's motion to suspend all payments until release from custody is **DENIED**. The issues the defendant raises about his ability to pay assessment fees and restitution while in prison (indigency, inability to work, health issues) are for the Bureau of Prisons to resolve. Once the defendant is released from prison and enters on supervised release, then he can petition this court for any needed change in the conditions of supervised release.

**SO ORDERED.**

**DATED THIS 18TH DAY OF MARCH, 2011**

/s/D. Brock Hornby
**D. BROCK HORNBY**
**UNITED STATES DISTRICT JUDGE**